THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM O'CONNOR, Appellant.

*People* v. *O'Connor*, 82 App. Div. 55, affirmed.
(Argued June 4, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 9, 1903, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of assault in the first degree.

*Bartow S. Weeks* for appellant.

*William Travers Jerome*, District Attorney (*Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS J. DIAMOND, Appellant.

*People* v. *Diamond*, 72 App. Div. 281, affirmed.
(Argued June 4, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1902, which affirmed a judgment of a Trial Term rendered upon a verdict convicting the defendant of the crime of willful neglect of duty as captain of police of the police department of the city of New York.

*J. Rider Cady, Henry C. Henderson, Frederick B. House* and *Louis J. Vorhaus* for appellant.

*William Travers Jerome*, District Attorney (*Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN. BARTLETT, HAIGHT, CULLEN and WERNER, JJ.